## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

ADAM GLENN HILL                                                                                    PLAINTIFF

v.                                            No. 3:14CV00186-JLH-JTK

BENTLY, Doctor, Craighead County
Detention Center, *et al*.                                                                        DEFENDANTS

## **JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 24th day of September, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE